UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 2:08-00286

ARACOMA COAL COMPANY

## GUILTY PLEA

In the presence of counsel, Robert D. Luskin, representing my principal, Aracoma Coal Company, for whom I serve as president, which counsel has fully explained the charges contained in the ten-count information against my principal, and, having received a copy of the information from the United States Attorney before being called upon to enter a plea on my principal's behalf, and having been duly authorized by an official resolution of my principal's board of directors, I hereby enter Aracoma Coal Company's plea of GUILTY to the ten-count information.

_1-14-2009_
Date

_Johnny Jones_
Johnny Jones
President, Aracoma Coal Company

Witness:

_____
Counsel for Defendant